HARRIET EHRLICH et al., as Administratrices with the Will Annexed of the Estate of SADIE RAVICH, Deceased, Appellants, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.—

838

 Settle order on notice containing new findings eliminating evidentiary and other unnecessary findings. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.